UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| JILL HENDERSON | CIVIL ACTION |
| VERSUS | NO. 21-297-JWD-RLB |
| BOARD OF SUPERVISORS OF SOUTHERN UNIVERSITY AND A & M COLLEGE, ET AL. | |

### ORDER

Before the Court is Defendants' Motion for a Protective Order filed on July 15, 2021. (R. Doc. 11). The deadline for filing an opposition has expired. LR 7(f). Accordingly, the Motion to Stay is unopposed.

Defendants seek a stay of discovery on the basis that they have filed a Motion to Dismiss (R. Doc. 5) in which they assert the defense of qualified immunity. Given the asserted defenses of qualified immunity, the Court finds good cause to stay discovery. *See Lion Boulos v. Wilson*, 834 F.2d 504, 507 (5th Cir. 1987).

Having reviewed the record, and considering the relief sought is unopposed,

**IT IS ORDERED** that Defendants' Motion for a Protective Order is **GRANTED**, and discovery is **STAYED** until further order of the Court.

**IT IS FURTHER ORDERED** that the Scheduling Conference set for September 16, 2021, and the deadline to file a Joint Status Report set for September 2, 2021 (R. Docs. 4, 9) are **CONTINUED.** The parties shall contact the undersigned after the resolution of the Motion to Dismiss addressing the issue of qualified immunity to reset the foregoing deadlines.

Signed in Baton Rouge, Louisiana, on August 10, 2021.

RICHARD L. BOURGEOIS, JR.
UNITED STATES MAGISTRATE JUDGE