UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

MINUTE ENTRY:
JUNE 27, 2024
DISTRICT JUDGE JOHN W. deGRAVELLES

JILL HENDERSON

CIVIL ACTION

VERSUS

NO.   21-297-JWD-RLB

BOARD OF SUPERVISORS OF
SOUTHERN UNIVERSITY ET AL.

This matter came on this day for a pretrial conference by zoom.

**PRESENT:**   William Brett Conrad, Jr.
**Counsel for Plaintiff**

Corey Lamar Pierce, Dennis O. Durocher and
Camille Elise Gauthier
**Counsel for Defendants**

Since the Court's ruling on the Motion for Summary Judgment, the parties will file an amended pretrial order by **July 29, 2024,** reducing the number of exhibits, witnesses, and possible trial days.

The jury trial remains set for three (3) days beginning on **Monday, August 19, 2024, in courtroom 1**. The Court will conduct a status conference with counsel to address any remaining pretrial matters at **8:30 a.m. in courtroom 1 on Monday, August 19, 2024**.

Proposed voir dire, joint jury charges, and joint verdict form are due by **August 2, 2024.**

The deadline to file Motions in Limine is **July 12, 2024**, and responses are due by **July 19, 2024**.

Final will-call witness list and exhibit list shall be filed by **July 29, 2024.**

The Court reviewed the voir dire process.

A Bench book of exhibits (**bates numbered**), one copy from each party, shall be delivered to chambers on or before **August 12, 2024.** The **Joint Exhibit book** is also due by **August 12, 2024.** In addition to a bench book, **Electronic Evidence files** shall be provided, by each party, using the Court's Electronic Evidence Online submission tool through CM/ECF by **August 12, 2024.** These files will be utilized BY THE COURT ONLY and will not be provided to an opposing party. The electronic evidence files should be provided using the specific format outlined on this Court's web page under "JWD Cases, JERS Notice for Trials".

A listing of all medical & technical terms, titles of any books or treatise to be used by counsel or any witness shall be provided to the court reporter by **August 12, 2024.**

**An Affidavit of Settlement efforts** shall be submitted by **August 2, 2024.**

Counsel shall advise the Court on the morning of trial how they wish to present stipulations to the jury and the length of time that will be needed by each side for Opening Statements**.**

**An eight (8) person** jury will be selected to try this matter.

Demonstrative exhibits shall be exchanged one (1) week prior to trial so that the Court can rule on any objections before the beginning of trial.

The parties are to familiarize themselves with all of the Local Rules especially Local Rule No. 83(b)(16).

The first day of trial begins at 8:30 a.m. with a status conference in courtroom 1. All days thereafter will begin at 9:00 a.m. The Court normally takes a 15-minute break in the

morning and afternoon. The lunch break is typically 1.25-hours, and the day concludes at approximately 5:00 p.m.

On the Sunday before the Monday trial, the names of witnesses that will be called to testify on Monday shall be disclosed to opposing counsel by 5:00 p.m. The disclosure of witnesses shall be done by counsel for everyday of trial by 5:00 p.m. or within one hour of the Court concluding for the day, whichever is later. It is not necessary for the order of the witnesses to be disclosed, just the names of the witnesses that will testify.

The parties informed the Court that there are no witnesses with special needs, and there will not be any deposition testimony used in trial.

Counsel for Plaintiff sent a settlement offer to Defendants today. The Defendants will inform the Court if the Magistrate Judge can help with settlement since the Defendants have to receive permission in advance of discussing settlement.

Signed in Baton Rouge, Louisiana, on June 28, 2024.

CV 27; T: 0:30

**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**