UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| JILL HENDERSON, INDIVIDUALLY AND ON BEHALF OF HER MINOR SON, J.T. | CIVIL ACTION NO: 3:21-CV-00297 |
| | JUDGE: JOHN W. DeGRAVELLES |
| VERSUS | MAGISTRATE JUDGE: RICHARD L. BOURGEOIS, JR. |
| BOARD OF SUPERVISORS OF SOUTHERN UNIVERSITY AND A&M COLLEGE, ET AL. | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## MOTION IN LIMINE

NOW INTO COURT, through undersigned counsel, comes plaintiffs, Jill Henderson and Justin Thompson, who respectfully moves this Honorable Court for an Order, in limine, limiting and/or excluding the following testimony and/or evidence at trial and for the following reasons, to-wit:

1.

Plaintiff seeks to exclude the introduction of and all testimony related to the following defense exhibits, as identified in the Joint Pretrial Order: Exhibit 6, "Hallway Video: Thompson & Asberry (Southern000361)"; Exhibit 11: "Recording of Thompson's disciplinary hearing (Southern000362)"; Exhibit 16: "Henderson email to Brister re: text thread re: graduation (Southern000573-74"); Exhibit 24: "Thompson reflection essay from Tulane (Tulane150-53)"; Exhibit 25: "Tulane incident description: Thompson throwing another student's clothes away (Tulane243-44)"; and Exhibit 26: "Tulane incident description: Thompson kicked out of his house by his mother (Tulane230-231).

1

2.

Plaintiff seeks to preclude and/or limit any testimony and evidence relating to the incident on October 6, 2020, as it is not relevant, confuses the issues, will mislead the jury, and is unduly prejudicial under the Fed.R.Evid. Rules 401/403 balancing test.

3.

Pursuant to Local Rule 7(h), undersigned hereby certifies that plaintiffs' counsel conferred with defense counsel in a good faith effort to resolve the issues amicably but was unable to reach an agreement as to the requested relief herein.

WHEREFORE, plaintiffs, Jill Henderson and Justin Thompson, prays after due proceedings are had that an Order in limine be issued herein limiting and/or excluding from trial on the merits any and all testimony and evidence relating to defendant's exhibits, as identified in the Joint Pretrial Order: Exhibit 6, "Hallway Video: Thompson & Asberry (Southern000361)"; Exhibit 11: "Recording of Thompson's disciplinary hearing (Southern000362)"; Exhibit 16: "Henderson email to Brister re: text thread re: graduation (Southern000573-74")"; Exhibit 24: "Thompson reflection essay from Tulane (Tulane150-53)"; Exhibit 25: "Tulane incident description: Thompson throwing another student's clothes away (Tulane243-44)"; Exhibit 26: "Tulane incident description: Thompson kicked out of his house by his mother (Tulane230-231), any and all testimony and evidence related to the incident on October 6, 2020, and awarding any and all such other relief to which plaintiffs are entitled at law or in equity.

Respectfully Submitted:

By: ___/s W. Brett Conrad, Jr. _____
Jill L. Craft, T.A., La. Bar Roll No. 20922
W. Brett Conrad, Jr., La. Bar Roll No. 37639
Jill L. Craft, Attorney at Law, LLC
329 St. Ferdinand Street
Baton Rouge, Louisiana 70802
Phone: (225) 663-2612
Fax: (225) 663-2613
Email: jcraft@craftlaw.net
         bconrad@craftlaw.net

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 12th day of July, 2024, a copy of the above and foregoing was filed electronically using the Court's CM/ECF system. Notice of this filing will be sent to all Trial Counsel of record by operation of the Court's electronic filing system.

Baton Rouge, Louisiana, this 12th day of July, 2024.

_____W. Brett Conrad, Jr._____
W. Brett Conrad, Jr.