**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

| | |
|---|---|
| **JILL HENDERSON, INDIVIDUALLY AND ON BEHALF OF HER MINOR SON, J.T.** | **CIVIL ACTION NO: 3:21-CV-00297** |
| | **JUDGE: JOHN W. DeGRAVELLES** |
| **VERSUS** | **MAGISTRATE JUDGE: RICHARD L. BOURGEOIS, JR.** |
| **BOARD OF SUPERVISORS OF SOUTHERN UNIVERSITY AND A&M COLLEGE, ET AL.** | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## ORDER

Considering the above and foregoing Motion in Limine, the pleadings, and the law:

**IT IS HEREBY ORDERED** that plaintiffs Justin Thompson and Jill Henderson's Motion in Limine is hereby **GRANTED**.

**DONE AND SIGNED** in Chambers this _____ day of _____, 2024, at Baton Rouge, Louisiana.

---

Honorable John W. DeGravelles
Judge, Middle District of Louisiana
United State District Court