## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **JILL HENDERSON AND JUSTIN THOMPSON** | **CIVIL ACTION NO: 3:21-CV-00297** |
| | **JUDGE: JOHN W. DeGRAVELLES** |
| **VERSUS** | **MAGISTRATE JUDGE: RICHARD L. BOURGEOIS, JR.** |
| **BOARD OF SUPERVISORS OF SOUTHERN UNIVERSITY AND A&M COLLEGE, ET AL.** | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## <u>AFFIDAVIT OF SETTLEMENT EFFORTS</u>

STATE OF LOUISIANA
PARISH OF EAST BATON ROUGE

BEFORE ME, Notary Public, personally came and appeared:

W. Brett Conrad, Jr.

a resident of the full age of majority of Iberville Parish, Louisiana, who upon being duly sworn did depose and state that:

-I represent plaintiffs, Jill Henderson and Justin Thompson, in the above captioned matter. I am the Trial Attorney in this case.

-Plaintiff submitted a good faith settlement offer to defendants on June 27, 2024, but defendants have not responded.

-Plaintiffs also inquired of defense counsel about holding a Settlement Conference with the Magistrate Judge, to which defendants have not responded.

-I personally spent significant time and effort with the plaintiffs in formulating the settlement offer and fully analyzing the facts and monetary losses.

-This Affidavit is made upon my personal knowledge.

_____s/W. Brett Conrad, Jr._____
W. Brett Conrad, Jr., $37639

SWORN TO AND SUBSCRIBED before me, Notary Public, this 31st day of July, 2024.

_____s/Jill L. Craft_____
Jill L. Craft, #20922

## CERTIFICATE OF SERVICE

I hereby certify that on this 31st day of July, 2024, a copy of the above and foregoing Affidavit of Settlement Efforts was filed electronically using the Court's CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system.

Baton Rouge, Louisiana, this 31st day of July, 2024.

___/s W. Brett Conrad, Jr.____
W. Brett Conrad, Jr.